# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MILLER, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a limited liability company; CARMAX AUTO SUPERSTORES, INC., a Virginia corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. 5:21-cv-01632 JAK (SHKx)<br><br>**ORDER RE STIPULATION TO SUBMIT INDIVIDUAL CLAIMS TO BINDING ARBITRATION ON INDIVIDUALIZED BASIS AND TO DISMISS ACTION WITHOUT PREJUDICE (DKT. 27)**<br><br>**JS-6** |

Based on a review of the parties' Stipulation to Submit Individual Claims to Binding Arbitration on Individualized Basis and to Dismiss Action Without Prejudice (the "Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

Plaintiff Jordan Miller shall submit on an individualized basis his individual claims pending in the instant action, including his individual wage and hour and individual PAGA claims, to final and binding arbitration between the parties pursuant to Miller's Dispute Resolution Agreement with CarMax dated November 8, 2016, and the associated CarMax Dispute Resolution Rules and Procedures.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the entire action is

1 | dismissed without prejudice.

3 | **IT IS SO ORDERED.**

5 | DATED: July 15, 2022

                                            John A. Kronstadt
                                            United States District Judge